UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Gilbert Flores<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:25−cv−00431 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| LoanDepot.com, LLC<br>    Defendant. | §<br>§ | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 4/24/2025, has been RESET as follows:

Tuesday, May 13, 2025, at 03:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002