IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GILBERT FLORES,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:25-cv-431 |
| **LOANDEPOT.COM, LLC,** | § § § | |
| *Defendant.* | § § | |

## MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE, OR IN THE ALTERNATIVE MOTION TO APPEAR REMOTELY

Defendant LoanDepot.com, LLC ("Defendant") files this its Motion for Continuance of Initial Pretrial Conference, or in the alternative, Motion to Appear Remotely in the above styled and numbered case. In support thereof, Defendant respectfully states the following:

1. This matter is set for an Initial Conference on Tuesday, May 13, 2025, at 3:30 p.m. pursuant to the Court's Notice of Resetting. [Doc. 10].

2. Counsel for Defendant, Shelley L. Hopkins had eye surgery on May 1, 2025 and is unable to travel at this time. Co-Counsel Robert D. Forster is unavailable to appear in her place on Tuesday, May 13, 2025, as he has a previously scheduled matter that will take him out of town on that date.

3. As a result of the foregoing, Defendant respectfully requests that this Court reschedule the Initial Pretrial Conference to allow Counsel for Defendant to participate in the conference, or in the alternative, allow Counsel for Defendant to appear remotely by video or phone conference.

4. Defendant respectfully requests the Court continue the Initial Pretrial Conference or, in the alternative, allow Counsel to appear remotely by video or phone conference.

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
2802 Flintrock Trace, Suite B103
Austin, Texas 78738
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on this 8th day of May 2025, I attempted to confer with Counsel for Plaintiff. As of the filing of this motion, no response was received so it is unclear whether Plaintiff is opposed to the relief requested in this Motion.

/s/ *Shelley L. Hopkins*
Shelley L. Hopkins

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and served a true and correct copy to the following:

***VIA ECF:***
Erick DeLaRue
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, TX 77056
Email: erick.delarue@delaruelaw.com
**ATTORNEY FOR PLAINTIFF**

                                  */s/ Shelley L. Hopkins*
                                  Shelley L. Hopkins